MN,NP-305
(5/94)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **NORBY, TRAVIS & NELSON- NORBY, DANA**

Chapter 13 Case No. **07-50104**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

RECEIVED 2010 JUL 23 AM 10: 09
U.S. BANKRUPTCY COURT
DULUTH, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| TRAVIS & DANA NORBY<br>17150 MONROE ST NW<br>ELK RIVER, MN 55330 | debtor refund | | $0.54 |

TOTAL TO CLERK'S FUND                                                                 $0.54

___**July 19, 2010**___                    /s/ Kyle L Carlson
DATE                                                          TRUSTEE