# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **NORBY, TRAVIS & NELSON- NORBY, DANA**

Chapter 13 Case No. **07-50104**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

RECEIVED
2010 JUL 23 AM 10:09
U.S. BANKRUPTCY COURT
DULUTH, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| **NORTHERN LEASING SYSTEMS INC** <br> **132 WEST 31ST ST, 14TH FLR** <br> **NEW YORK NY 10001** | 10 | $142.23 | $42.55 |

**TOTAL TO CLERK'S FUND**  $42.55

July 19, 2010                             /s/ Kyle L Carlson
DATE                                      TRUSTEE